CLAUD INGRAM, OSB No. 610410
claud_ingram@q.com
P. O. Box 7941
Eugene, OR 97401
Telephone and Facsimile: 541-686-5881

Attorneys for Plaintiff

JAMES H. GIDLEY, OSB No. 670397
JGidley@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Telephone: 503.727.2000
Facsimile: 503.727.2222

Attorneys for Defendant

FILED '09 MAY 26 12:36 USDC-ORE

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| CONNIE JENSEN,<br><br>        Plaintiff,<br><br>v.<br><br>CHARLOTTE RINEHART,<br><br>        Defendant. | No. 08-CV 6253-HO<br><br>STIPULATED MOTION FOR DISMISSAL |

Pursuant to the stipulation of the parties,

IT IS HEREBY ORDERED that the above-entitled matter be dismissed with prejudice and without costs to any party.

Pursuant to L.R. 100.6(d)(2), all parties consent to the electronically filed signatures within this Stipulation.

1- STIPULATED MOTION FOR DISMISSAL

69735-0001/LEGAL16198335.1

Perkins Coie LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

DATED this 24th day of May, 2009.

Michael R. Hogan
United States District Court Judge

IT IS SO STIPULATED:

**CLAUD INGRAM**

By: s/Claud Ingram
Claud Ingram, OSB No. 610410
P. O. Box 7941
Eugene, OR 97401
Telephone/Facsimile: 541-686-5881

Attorney for Plaintiff

**PERKINS COIE LLP**

By: s/ James H. Gidley
James H. Gidley, OSB No. 670397
JGidley@perkinscoie.com
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Telephone: 503.727.2000
Facsimile: 503.727.2222

Attorneys for Defendant